IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. JEFFERY R. BROWNSON, | : | |
| | : | C.A. No. 21-02986 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Hon. Petrese B. Tucker |
| THE PENNSYLVANIA STATE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION TO TRANSFER VENUE

It is hereby stipulated, by and between the undersigned counsel for the respective parties, that the proper jurisdiction and venue for this matter is the United States District Court for the Middle District of Pennsylvania ("Middle District of Pennsylvania"). Accordingly, the parties stipulate that pursuant to 28 U.S.C. § 1404(a) this matter may be transferred to the Middle District of Pennsylvania.

WHEREFORE, the Plaintiff and Defendant jointly consent and request that this Court transfer the above captioned case to the Middle District of Pennsylvania pursuant to the Proposed Order filed herewith.

39197331.2

Dated: November 11, 2021

| | |
|---|---|
| /s/ Julie Chovanes | s/Carolyn A. Pellegrini |
| Julie Chovanes, Esq. | Carolyn A. Pellegrini, Esq., PA 307026 |
| Chovanes Law | Saul Ewing Arnstein & Lehr, LLP |
| P.O. Box 4307 | 1500 Market Street, 38th Floor |
| Philadelphia, PA 19118 | Philadelphia, PA 19102 |
| 267-235-4570 | 215-972-7121 |
| jchovanes@chovanes.com | carolyn.pellegrini@saul.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. JEFFERY R. BROWNSON, | : | |
| | : | C.A. No. 21-02986 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## [PROPOSED] ORDER

And NOW, in accordance with the stipulation of the parties, it is hereby ORDERED that this matter is hereby transferred to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

Date: _____

_____
Tucker, J.

39197331.2