UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BROWNSON,** | : |
| Plaintiff, | : Case No. 4:21-CV-1993 |
| v. | : (Hon. Mannion) |
| **THE PENNSYLVANIA STATE UNIVERSITY,** | : |
| Defendant. | : |

**DEFENDANT'S PARTIAL MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT**

Defendant The Pennsylvania State University ("University") moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's hostile environment claims (Count I and III), wrongful termination claim (Count II), and disability discrimination claims (Counts IV, V, VI, and VII) with prejudice, and pursuant to Rule 12(e) for a more definite statement as to the allegations in Paragraphs 53, 61, 62, 72, and 73 of the Complaint.

WHEREFORE, the University respectfully requests the Court to:

a. Grant this Motion;

b. Dismiss Counts I and III, to the extent they allege a hostile work environment, with prejudice;

c. Dismiss Counts II, IV, V, VI, and VII, with prejudice;

d. Direct Plaintiff to file an amended complaint with a more definite statement regarding the allegations set forth in Paragraphs 53, 61, 62, 72, and 73 of the Complaint; and

e. Grant such further relief that the Court deems just and equitable.

Dated: December 14, 2021                Respectfully submitted,

                                                *s/ Carolyn A. Pellegrini*
Carolyn A. Pellegrini, Esq., PA 307026
Saul Ewing Arnstein & Lehr, LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
215-972-7121
carolyn.pellegrini@saul.com
*Counsel for Defendant*

## Certificate of Non-Concurrence

I hereby state that before filing the foregoing Motion, I contacted Plaintiff's counsel and explained the nature of this motion and its legal basis.  I requested, but did not obtain, concurrence in the relief sought in this Motion.

Date:  December 15, 2021                     *s/ Carolyn A. Pellegrini*
                                                            Carolyn A. Pellegrini

**Certificate of Service**

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Motion to be served upon the following via the Court's Electronic Case Filing system:

Julie Chovanes, Esq.
Chovanes Law
P.O. Box 4307
Philadelphia, PA 19118
*Counsel for Plaintiff*

Date:  December 15, 2021     *s/ Carolyn A. Pellegrini*
                             Carolyn A. Pellegrini