UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROWNSON,<br><br>Plaintiff,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Defendant. | Case No. 4:21-CV-1993 |

## STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER AND FILING DEADLINES

WHEREAS, Plaintiff filed her Complaint on July 5, 2021, in the Eastern District of Pennsylvania and the parties thereafter, on November 11, 2021, filed a stipulation to transfer venue to the Middle District of Pennsylvania (Dkt. 6) that the Court granted on November 22, 2021 (Dkt. 7);

WHEREAS, on February 11, 2022, the Court entered a Scheduling Order setting a fact discovery deadline of July 1, 2022, and a dispositive motion deadline of August 1, 2022 (Dkt. 20);

WHEREAS, the Court granted the University's unopposed motion to extend the deadlines for fact discovery to September 29, 2022, and dispositive motions to October 31, 2022;

WHEREAS, the Court subsequently granted four joint stipulations and proposed orders (Dkt. 37, 39, 47, 52) to extend certain deadlines, setting the current deadlines as follows: February 10, 2023, close of fact discovery; April 18, 2023, expert reports are due from Defendant; May 2, 2023, the close of expert discovery; and June 19, 2023, the date for dispositive motions;

WHEREAS, while discovery has been ongoing, the Court granted the Plaintiff's motion for leave to file a First Amended Complaint (Dkt. 39), the University moved to partially dismiss the First Amended Complaint (Dkt. 42, 45), and briefing on same closed on January 27, 2023;

WHEREAS, Plaintiff has noticed the deposition of a fact witness, who has been unavailable within the fact discovery deadline due to a family emergency;

WHEREAS, the parties agree that the unavailability of the remaining fact witness warrants an additional twenty-one (21) day extension of the fact discovery deadline;

WHEREAS, the parties also have determined that the interests of judicial efficiency would be served by this Court extending the deadline for each of the following by twenty-one (21) days to mirror the extension of the fact discovery deadline: (1) Defendant's production of expert reports, (2) the close of expert discovery, and (3) the deadline for filing dispositive motions in this litigation; and

WHEREAS, the Court's adoption of the schedule proposed herein will not impose a hardship on any party, and will not impact any trial date, as no such date has been set.

NOW, THEREFORE, the parties stipulate and request approval of the following schedule:

| Event | Date |
|---|---|
| Close of Fact Discovery | March 3, 2023 |
| Expert Reports Due from Defendant | May 9, 2023 |
| Close of Expert Discovery | May 23, 2023 |
| Dispositive Motions | July 10, 2023 |

| | |
|---|---|
| **SAUL EWING LLP** | **FREUNDLICH & LITTMAN, LLC** |
| */s/ Carolyn A. Pellegrini* | */s/ Justin F. Robinette* |
| James A. Keller, Esq., PA 78955 | Justin F. Robinette |
|    215-972-1964 | 1425 Walnut Street, Suite 200 |
|    *james.keller@saul.com* | Philadelphia, PA 19102 |
| Carolyn A. Pellegrini, Esq., PA 307026 | *justin@fandllaw.com* |
|    215-972-7121 | |
|    *carolyn.pellegrini@saul.com* | Julie Chovanes |
| 1500 Market Street, 38th Floor | Chovanes Law |
| Philadelphia, PA 19102 | P.O. Box 4307 |
| | Philadelphia, PA 19118 |
| *Counsel for Defendant* | *jchovanes@chovanes.com* |
| Dated: February 8, 2023 | *Counsel for Plaintiff* |

SO ORDERED this 8th day of February, 2023.

_____
Hon. Malachy E. Mannion, U.S.D.J.